# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| M. W., by and through his next friends, Tom and Faye Williams, et al., | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) Case No. 09-5098-CV-W-JTM ) |
| Avilla R-XIII School District, | ) ) |
| Defendant. | ) |

## ORDER

Pending before the Court is the *Joint Motion To Amend Scheduling And Trial Order*, filed February 14, 2011 [Doc. 24]. After due consideration of the issues presented, it is

**ORDERED** that the *Joint Motion To Amend Scheduling And Trial Order*, filed February 14, 2011 [Doc. 24] is **GRANTED** to the following extent:

| | |
|---|---|
| Discovery deadline: | April 29, 2011 |
| Dispositive motion deadline: | May 29, 2011 |
| Initial Telephone Pretrial Conference: | August 5, 2011 at 10:30 a.m. |
| Trial date: | August 22, 2011 |

*Counsel are further advised* that the Court's calendar does not permit any further adjustments to the scheduling in this matter. While the Court is sympathetic to the difficulties arising from the health of plaintiff's counsel, the current schedule provides sufficient notice for

plaintiff's counsel to make arrangements for co-counsel to take the lead in this matter should it become necessary to do so. Any further requests for extensions of time will be summarily denied. It is further

**ORDERED** that pursuant to the representations set forth in the joint motion to amend the Scheduling and Trial Order, the Courts finds the *Motion To Compel Discovery or In The Alternative Modifying Scheduling And Trial Order*, filed December 6, 2010 [Doc. 20] to be **MOOT**.

        */s/ John T. Maughmer*
        **JOHN T. MAUGHMER**
        **U. S. MAGISTRATE JUDGE**